CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal Number 05-386 (ESH) |
| | ) | |
| | ) | |
| #12: FRANCISCO JAVIER | ) | |
|      GONZALEZ-RUAN | ) | Category   B |
| #14:  JOSE GARCIA | ) | |
| #15:  CARLOS REYNA | **)** | |

**REASSIGNMENT OF CRIMINAL CASE**

The above-entitled case was reassigned on <u>March 10, 2008</u> from <u>Judge Ellen Segal Huvelle</u> to <u>The Calendar Committee</u>  by direction of the Calendar Committee.

(Defendants have been fugitives for more than 90 days.)

<u>JUDGE ELLEN SEGAL HUVELLE</u><br>
Chair, Calendar and Case<br>
Management Committee

cc:     <u>Judge Huvelle</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      U.S. Attorney—Judiciary Square Building, Room 5133
      Statistical Clerk